IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| LETICIA REYES, LAURA VELA<br>AND JENNIFER CABRERA<br>    *Plaintiffs*,<br><br>VS.<br><br>EDINBURG ECONOMIC DEVELOPMENT<br>CORPORATION, RICHARD MOLINA,<br>DAVID TORRES, JORGE SALINAS<br>GILBERT ENRIQUEZ, and MIKE FARIAS<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 20-cv-36<br>(JURY REQUESTED) |

## INDEX OF EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, Defendants Edinburg Economic Development Corporation, Richard Molina, David Torres, Jorge Salinas, Gilbert Enriquez, and Mike Farias, and in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, files this their Index of Exhibits, and would submit the following with the Court:

1. Certified Docket Sheet

2. Plaintiffs' Original Petition

3. Citation to Edingurg Economic Development Corporation

4. Citation to Richard Molina

5. Citation to David Torres

6. Citation to Jorge Salinas

7. Citation to Gilbert Enriquez

8.     Citation to Mike Farias

9.     List of Parties and Counsel of Record

Signed on February 6, 2020.

                            Respectfully submitted,

                            /s/ *Heather Scott*
                            Heather Scott
                            State Bar No. 24046809
                            S.D.Tex. Adm. No. 575294
                            hscott@guerraleeds.com
                            *Of Counsel*

                            R.D. "Bobby" Guerra
                            *Attorney-in-Charge*
                            State Bar No. 08578640
                            USDC Adm. No. 5949
                            Email: RDGuerra@guerraleeds.com

                            GUERRA, SABO
                            & HERNANDEZ, PLLC
                            10213 N. 10th Street
                            McAllen, Texas 78504
                            Telephone: (956) 383-4300
                            Facsimile: (956) 383-4304

                        **ATTORNEYS FOR DEFENDANTS**

                            **CERTIFICATE OF SERVICE**

    I hereby certify that the on February 6, 2020, the above and foregoing has been served on counsel of record as follows:

*Via E-Service*
Mr. David L. Flores
Flores & Torres, L.L.P
118 East Cano
Edinburg, Texas 78539

                                      /s/ *Heather Scott*
                                      Heather Scott