IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| LETICIA REYES, LAURA VELA AND JENNIFER CABRERA<br>*Plaintiffs*, | § § § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-CV-36<br>(JURY REQUESTED) |
| EDINBURG ECONOMIC DEVELOPMENT CORPORATION, RICHARD MOLINA, DAVID TORRES, JORGE SALINAS GILBERT ENRIQUEZ, and MIKE FARIAS<br>*Defendants*. | § § § § § § | |

## MOTION TO RESET OR CANCEL MOTIONS HEARING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, EDINBURG ECONOMIC DEVELOPMENT CORPORATION, RICHARD MOLINA, DAVID TORRES, JORGE SALINAS, GILBERT ENRIQUEZ, and MIKE FARIAS, and would show unto the Court as follows:

The parties have reached an agreement that will resolve Leticia Reyes' claims against Defendants. As to Plaintiff Jennifer Cabrera, an agreed stipulation of dismissal will be filed and the remaining claims of Plaintiff Laura Vela should either be dismissed for want of prosecution or through a stipulation of dismissal. Based on the status of the case and the recent settlement agreement, the Court's August 5, 2021 is no longer necessary. Defendants respectfully request that the hearing be cancelled or reset for 30 days to allow the parties to finalize their agreement and make the necessary filings that will dispose of this case.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant their Motion, and grant such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on August 4, 2021.

Respectfully submitted,

_____
Ysmael D. Fonseca
*Attorney-in-Charge*
State Bar No. 24069726
USDC No. 1139283
yfonseca@guerrasabo.com
R.D. "Bobby" Guerra
*Of Counsel*
State Bar No. 08578640
USDC Adm. No. 5949
GUERRA & SABO, P.L.L.C.
10213 North 10th Street
McAllen, Texas 78504
Telephone: (956) 383-4300
ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with opposing counsel concerning the relief requested and that he has stated he is *unopposed*.

_____
Ysmael D. Fonseca

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on August 4, 2021, been forwarded to opposing counsel of record as noted hereunder:

*Via Electronic Notice*
Mr. David L. Flores
Mr. Tony Torres
Flores & Torres, L.L.P
118 East Cano
Edinburg, Texas 78539

_____
Ysmael D. Fonseca