UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA REYES, LAURA VELA AND JENNIFER CABRERA *Plaintiffs*, | § § § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-cv-36 |
| EDINBURG ECONOMIC DEVELOPMENT CORPORATION, RICHARD MOLINA, DAVID TORRES, JORGE SALINAS, GILBERT ENRIQUEZ, AND MIKE FARIAS *Defendants*. | § § § § § § | |

## JOINT STIPULATION OF DISMISSAL ~~WITHOUT PREJUDICE~~

COME NOW Plaintiffs LETICIA REYES, LAURA VELA and JENNIFER CABRERA, and Defendants EDINBURG ECONOMIC DEVELOPMENT CORPORATION, RICHARD MOLINA, DAVID TORRES, JORGE SALINAS, GILBERT ENRIQUEZ and MIKE FARIAS, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal, with prejudice, of Plaintiffs' claims and causs of action against Defendants.

It is agreed that all costs and expenses are to be borne by the party incurring the same.

Dated: ~~September~~ October 6, 2021

Respectfully submitted,

By: _____
David L. Flores
State Bar No. 24040909
USDC No. 37348
davidf@floresandtorresllp.com

FLORES & TORRES, LLP
118 E. Cano Street
Edinburg, Texas 78539
Tel: (956) 287-9191
*Attorney-in-Charge for Plaintiffs*

By: _____
 Ysmael D. Fonseca
*Attorney-in-Charge*
State Bar No. 24069726
USDC No. 1139283
yfonseca@guerrasabo.com
R.D. "Bobby" Guerra
*Of Counsel*
State Bar No. 08578640
USDC No. 5949
rdguerra@guerrasabo.com

GUERRA & SABO, P.L.L.C.
10213 N. 10th Street
McAllen, Texas 78504
Telephone: 956-383-4300
*Attorneys for Defendants*